IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s)

Wonnetta Wilson

Civil Case #: 1:21:cv-02495

## **NOTICE OF VOLUNTARY DISMISSMAL**

COMES NOW, Plaintiff, Wonnetta Wilson, by and through the undersigned counsel, hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all defendants, in this particular Civil Action No. 1:21-cv-02495 filed on September 23, 2021.

Date: August 22, 2025.

        Respectfully submitted,

        **TAUTFEST BOND, PLLC**
        /s/ Monte Bond
        Monte Bond, (TX Bar 02585625)
        5473 Blair Rd, Suite 2000 Dallas, TX 75231
        Telephone: (214) 617-9980
        Facsimile: (214) 853-4281
        mbond@tbtorts.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of August 2025, I electronically transmitted the foregoing Notice of Voluntary Dismissal to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the attorneys who are registered with the Court's electronic filing system.

      /s/ Monte Bond